IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
FILED

NOV - 8 2016

CLERK, U.S. DISTRICT COURT
By_____
                    Deputy

| | | |
|---|---|---|
| MEADE "SKIP" SEAMAN, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:16-CV-847-A |
| | § | |
| STATE FARM LLOYDS, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT AS TO CERTAIN PARTIES

In accordance with the court's order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiffs, Meade "Skip" Seaman and Marilyn Seaman, against defendants Ronald Clark, Charles Rusk, and Brad Carroll be, and are hereby, dismissed.

SIGNED November 8, 2016.

JOHN McBRYDE
United States District Judge